UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



**FILED**

Mar 18 2021

ARTHUR JOHNSTON, CLERK

By: _____, Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO.: 3:21-cr-0028 CWR-FKB

**NANCY W. NEW and
ZACHARY W. NEW**

### GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

COMES NOW the United States of America, requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the Indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 18th day of March, 2021.

DARREN J. LAMARCA
ACTING UNITED STATES ATTORNEY

By: /s/ *DAVID H. FULCHER*
DAVID H. FULCHER
Assistant United States Attorney